IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE STEVEN WHITE,<br><br>Defendant. | CR 03–07–BU–DWM<br><br>ORDER |

Shane White is alleged to have violated two conditions of his supervised release, amounting to a total of three violations. Two of those violations are related to marijuana use and the other concerns a threatening text message that he allegedly sent to an individual. Magistrate Judge Lynch recommends revoking White's supervised release and sentencing him to six months imprisonment, followed by 30 months of supervised release.

Neither party filed objections to Judge Lynch's Findings and Recommendation, so the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d

1

1309, 1313 (9th Cir. 1981).

The Court finds no clear error and adopts in full Judge Lynch's Findings and Recommendation, as well as the proposed judgment.

IT IS ORDERED that Magistrate Judge Lynch's Findings and Recommendation (doc. 83) is adopted in full.

Dated this 12 day of April 2013.

Donald W. Molloy, District Judge
United States District Court